**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ERIC IRIZARRY-INGLES,       :    No. 123 MM 2021

           Petitioner       :

         v.       :

COMMONWEALTH OF PENNSYLVANIA   :
(ET AL.),       :

           Respondent       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of January, 2022, the Application for Leave to File Original Process be GRANTED, and the "Petition for Review through Pennsylvania's King['s] Bench" is DENIED.